| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>LEE, Tom S. | 2. Court or Organization<br><br>United States District Court Southern District of MS | 3. Date of Report<br><br>05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>501 E. Court Street<br>Suite 4.756<br>Jackson, MS 39201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Tom S. Lee ▓ Limited Partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | State Employee Pension Fund; pension upon retirement age 65 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | State Employees' Pension Fund | $3,187.46 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Director - Community Bancshares of MS, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING NQ VAR | | None | J | T | | | | | |
| 2. American Skandia NQ VA Prudential(name change) | | None | M | T | | | | | |
| 3. MS O Coupon Bond | | None | M | T | Redeemed | 9/3/13 | M | D | |
| 4. Eaton Vance MS Fund | B | Dividend | L | T | Sold | 12/13/13 | L | D | |
| 5. Shares of Community Banschares of MS, Inc. | E | Dividend | P1 | T | | | | | |
| 6. ING. NQ VA | | None | J | T | | | | | |
| 7. American Skandia NQ Prudential (name change) | | None | N | T | | | | | |
| 8. His Hartford VA ...IRA | | None | N | T | | | | | |
| 9. Land in Scott Co., MS | | None | K | T | | | | | |
| 10. U.S. Ser. E. Bonds | | None | L | T | | | | | |
| 11. Phoenix Life | | None | M | T | | | | | |
| 12. Community Bancshares of MS accounts | A | Interest | N | T | | | | | |
| 13. ING V IRA | | None | N | T | | | | | |
| 14. Hartford VA NQ | | None | N | T | Sold | 3/25/13 | N | F | |
| 15. ING VA IRA | | None | K | T | | | | | |
| 16. Franklin Income | A | Dividend | J | T | Sold | 8/14/13 | J | A | |
| 17. VK C&S Municipal | D | Dividend | J | T | Sold | 1/10/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting<br><br>LEE, Tom S. | Date of Report<br><br>05/13/2014 |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FT Municipal | A | Dividend | J | T | | | | | |
| 19. VK C&S Municipal | C | Dividend | J | T | Sold | 12/13/13 | J | A | |
| 20. Thornburg Income Builder | C | Dividend | L | T | Sold | 8/13/13 | L | E | |
| 21. FT Corp. Strength | B | Dividend | M | T | | | | | |
| 22. Thornburg Income Builder | B | Dividend | K | T | Sold | 8/13/13 | K | D | |
| 23. FT Emerging Markets | A | Dividend | L | T | | | | | |
| 24. VK Sector Rotation | A | Dividend | L | T | | | | | |
| 25. FT TM Advantage | A | Dividend | J | T | | | | | |
| 26. Claymore MPL | B | Dividend | K | T | Sold | 12/23/13 | K | B | |
| 27. Gugg GLB Div & GRW 1 CA MO (changed name)Gugg Tact High Div. | B | Dividend | L | T | Sold | 12/23/13 | L | D | |
| 28. GUGG GLOBAL HIGH DIV. | B | Dividend | K | T | Sold | 12/13/13 | K | A | |
| 29. EV STR. INCOME A | B | Dividend | K | T | Sold | 12/13/13 | K | A | |
| 30. FT Smid High Div. | A | Dividend | K | T | | | | | |
| 31. FT Lovered Call | C | Dividend | L | T | | | | | |
| 32. RS Floating Rate | C | Dividend | L | T | Sold | 8/13/13 | L | A | |
| 33. FT Smid High Div. | A | Dividend | K | T | | | | | |
| 34. FT Lovered Call | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Gugg Ban AC Commodity | B | Dividend | K | T | | | | | |
| 36. RS Floating Rate | D | Dividend | M | T | Sold | 8/13/13 | M | B | |
| 37. FT Euro Deep Value | A | Dividend | K | T | Buy | 8/14/13 | K | | |
| 38. FT Deep Value | A | Dividend | K | T | Buy | 8/14/13 | K | | |
| 39. FT Cap Str. Buy Write | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 40. Gugg Zachs Inc. | B | Dividend | K | T | Buy | 8/14/13 | K | | |
| 41. Gugg Zachs Inc. | B | Dividend | K | T | Buy | 12/23/13 | K | | |
| 42. Thornburg Str. Inc. | C | Dividend | M | T | Buy | 8/14/13 | M | | |
| 43. FT Euro Deep Value | B | Dividend | L | T | Buy | 8/14/13 | K | | |
| 44. FT Deep Value | B | Dividend | L | T | Buy | 8/14/13 | K | | |
| 45. FT Cap Str. Buy Write | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 46. Gugg MLP & Energy | B | Dividend | K | T | Buy | 3/18/13 | K | | |
| 47. Gugg Zachs Inc. | C | Dividend | L | T | Buy | 8/14/13 | L | | |
| 48. Gugg Zachs Inc. | B | Dividend | K | T | Buy | 12/23/13 | K | | |
| 49. Gugg Zachs Inc. | B | Dividend | L | T | Buy | 12/13/13 | K | | |
| 50. Thornburg Str. Inc. | B | Dividend | K | T | Buy | 8/14/13 | K | | |
| 51. Templeton Global Bal | A | Dividend | J | T | Buy | 8/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FT Euro Deep Value | B | Dividend | K | T | Buy | 9/4/13 | K | | |
| 53. FT Deep Value | B | Dividend | K | T | Buy | 9/4/13 | K | | |
| 54. Gugg Zach Inc. | C | Dividend | L | T | Buy | 9/4/13 | L | | |
| 55. Thornburg Str. Inc. | C | Dividend | L | T | Buy | 9/4/13 | L | | |
| 56. Nationwide VA-NA | | None | M | T | Buy | 3/25/13 | M | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Practically all of my annuities, mutual fund accounts, stocks and bonds are held in my LPL Financial Account.

The proceeds of all sales and redemptions shown in this Report were received in that account and all funds for purchases were disbursed from that account.

All of the assets owned by the Tom S. Lee ▓▓▓▓ Limited Partnership are listed in Section VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Tom S. LEE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544